In the Matter of the Claim of THERESSIA C. LOVE, Respondent, against THATCHER MANUFACTURING COMPANY, Employer, and STATE INSURANCE FUND, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Submitted July 13, 1937; decided July 13, 1937.

*John E. Sullivan* for motion.

*Walter D. Smith* opposed.

Motion granted and appeal dismissed, with costs and ten dollars cost of motion.